IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDARRIUS JOHNSON, <br> AIS 238287, <br><br> Plaintiff, <br><br> v. <br><br> SMITH, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:25-CV-173-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered on May 7, 2025. (Doc. # 5.) There being no timely objections filed to the Recommendation, and after an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE this 30th day of May, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE